UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CRAIG SCHENVINSKY JAMES,

    Defendant-Movant,

v.

UNITED STATES OF AMERICA,

    Plaintiff-Respondent.
_____/

Case No. 1:22-cv-1165

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Defendant-Movant's action is **DISMISSED WITHOUT PREJUDICE** for failure to apprise the Court of his current address.

Dated:  September 13, 2024        /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge